**STATE of Missouri, Plaintiff/Respondent,**

v.

**Curtis L. JOHNSON, Defendant/Appellant.**

**Curtis L. JOHNSON, Movant/Appellant,**

v.

**STATE of Missouri, Defendant/Respondent.**

Nos. 66731, 69580.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 17, 1996.

Emmett D. Queener, Asst. Public Defender, Columbia, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

Defendant Curtis Johnson appeals his conviction after a jury trial of two counts of first degree assault (Counts I and III), in violation of § 565.050 RSMo 1994 and two counts of armed criminal action (Counts II and IV), in violation of § 571.015 RSMo 1994, on which he was sentenced to consecutive terms of twenty years on Counts I and III and concurrent terms of twenty years on Counts II and IV. Johnson also appeals from a judgment denying on the merits, after an evidentiary hearing, his Rule 29.15 motion.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rules 30.25(b) and 84.16(b).